AO 442

FILED
APR 07 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY AC DEPUTY

11740441

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

SEALED
s/ MariaFujita

UNITED STATES OF AMERICA

v.

Brandon Garcia (6)

WARRANT FOR ARREST

ORDERED UNSEALED on 03/21/2025 s/ MariaFujit

Case Number: 24-cr-2434-AGS-6

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Brandon Garcia (6)
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition ☐ Pretrial Violation

DATE: 4.3.2025
ARRESTED BY: HSI
El Centro
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY:

charging him or her with (brief description of offense):
21:841(a)(1), 846 - Conspiracy to Distribute Methamphetamine
21:841(a)(1) - Possession with Intent to Distribute Methamphetamine
18:2 - Aiding and Abetting
18:1956(h), 18:1956(a)(1)(A)(i), 18:1956(a)(1)(B)(i) - Conspiracy to Launder Money
21:853, 18:982(a)(1), 982(b) - Criminal Forfeiture

RECEIVED
U.S. MARSHALS-S/CA
2024 NOV 18 AM 8:52

In violation of Title See Above United States Code, Section(s)

| | |
|---|---|
| John Morrill | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| s/ A. Islas | 11/18/2024, San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ No Bail by The Honorable David D. Leshner
Name of Judicial Officer

RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |